**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER S. MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES & RECORDS ADMINISTRATION,<br><br>Defendant. | Case No. 26-2619 (TJK) |

**ANSWER**

Defendant the National Archives and Records Administration ("NARA"), by and through the undersigned counsel, respectfully submits the following Answer to Plaintiffs' Complaint, in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action (ECF No. 1).

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, NARA may refer to such materials for their accurate and complete contents in response; however, NARA's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiffs; (b) relevant to this, or any other action; or (c) admissible in this, or any other, action. NARA expressly denies all allegations in the Complaint including the relief sought, that are not specifically admitted to or otherwise qualified in this Answer. NARA responds to the Complaint as follows, in correspondingly numbered paragraphs:

1. This paragraph consists of Plaintiff's characterization of the action, not factual allegations to which a response is required. To the extent a response is deemed required, Defendant admits only that Plaintiff brings this action pursuant to the FOIA

2. This paragraph consists of legal conclusions concerning jurisdiction, not factual allegations to which a response is required. To the extent a response is deemed required, Defendant admits that the Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of the FOIA.

3. This paragraph consists of legal conclusions concerning jurisdiction, not factual allegations to which a response is required.

4. This paragraph consists of legal conclusions concerning venue, not factual allegations to which a response is required. To the extent a response is deemed required, Defendant admits that venue lies in this judicial district for a proper claim under FOIA

5. The allegations in this paragraph are Plaintiffs' characterization of itself to which no response is required. To the extent a response is required, NARA lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

6. NARA admits that it is an agency of the federal government and that its headquarters is located at 8601 Adelphi Road, College Park, Maryland. The remaining allegation in this paragraph consists of a legal conclusion, not a factual allegation to which a response is required.

7. NARA admits that the Donald J. Trump Presidential Library is part of the Presidential Libraries system, administered by Defendant. The remainder of this paragraph consists of legal conclusions to which no response is required.

8. NARA denies that Edward Forst is the Acting Archivist of the United States. The remainder of this paragraph consists of Plaintiff's characterization of this action, to which no response is required.

9. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required. The Government respectfully refers the Court to the cited statute for a true and accurate representation of its contents.

10. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required. The Government respectfully refers the Court to the cited statute for a true and accurate representation of its contents.

11. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required. The Government respectfully refers the Court to the cited statute for a true and accurate representation of its contents.

12. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required. The Government respectfully refers the Court to the cited statute for a true and accurate representation of its contents.

13. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required. The Government respectfully refers the Court to the cited statute for a true and accurate representation of its contents.

14. NARA admits the allegations in this paragraph..

15. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

16. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

17. NARA admits the allegations in this paragraph and respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

18. NARA admits the allegations in this paragraph and respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

19. NARA admits the allegations in this paragraph and respectfully refers the Court to the email for a full and accurate statement of its contents.

20. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

21. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

22. NARA admits the allegations in this paragraph and respectfully refers the Court to the appeal for a full and accurate statement of its contents.

23. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

24. NARA admits that as of the date the Complaint was filed, NARA had not notified Plaintiff of any determination regarding its appeal.

25. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

26. NARA admits tthat as of the date the Complaint was filed, NARA had not sent further communications regarding part 5 of the request.

27. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

28. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

29. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

30. NARA admits the allegations in this paragraph and respectfully refers the Court to the correspondence for a full and accurate statement of its contents.

31. NARA denies the allegations in this paragraph.

32. NARA denies the allegations in this paragraph.

33. NARA admits the allegations in this paragraph..

34. NARA admits the allegations in this paragraph..

35. NARA admits the allegations in this paragraph..

36. NARA incorporates by reference its responses to the preceding paragraphs.

37. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

38. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

39. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

40. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

41. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

42. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

43. NARA incorporates by reference its responses to the preceding paragraphs.

44. NARA admits the allegations in this paragraph.

45. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

46. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

47. NARA admits the allegations in this paragraph.

48. NARA admits the allegations in this paragraph.

49. NARA admits the allegations in this paragraph.

50. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

51. NARA incorporates by reference its responses to the preceding paragraphs.

52. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

53. This paragraph consists of Plaintiff's conclusions of law, not factual allegations to which a response is required.

The remainder of Plaintiff's Complaint consists of a demand for relief, not factual allegations to which a response is required. To the extent that a response is deemed required, deny that Plaintiff is entitled to the requested relief, or to any relief whatsoever.

NARA hereby denies all allegations in Plaintiff's complaint not expressly admitted or denied.

**DEFENSES**

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this

Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

**FIRST DEFENSE**

The Court lacks subject matter jurisdiction over Plaintiffs' requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

**SECOND DEFENSE**

Plaintiffs are not entitled to compel production of any records that FOIA exempts from disclosure.

**THIRD DEFENSE**

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

**FOURTH DEFENSE**

Plaintiffs are not entitled to declaratory relief. 5 U.S.C. § 552(a)(4)(B).

**FIFTH DEFENSE**

Plaintiffs are neither eligible for nor entitled to an award of attorneys' fees or costs in this action.

**SIXTH DEFENSE**

NARA has exercised due diligence in processing Plaintiff's FOIA requests, and exceptional circumstances exist necessitating additional time for NARA to continue its processing of Plaintiff's FOIA request. *See* § 552(a)(6)(C).

*   *   *

Dated: October 2, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Zachariah Lindsey*
ZACHARIAH LINDSEY, DC BAR #1766679
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Attorneys for the United States of America*