**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER S. MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES & RECORDS ADMINISTRATION and BRADFORD WILSON *in his official capacity as Archivist of the United States*,<br><br>Defendants. | Case No. 26-2619 (TJK) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order dated October 5, 2026, Plaintiff Christopher S. McDaniel ("Plaintiff") and Defendants U.S. National Archives & Records Administration ("NARA") and Archivist of the United States Bradford Wilson (collectively, "Defendants"), by and through undersigned counsel, report to the Court as follows.[1]

1. This action involves a Freedom of Information Act ("FOIA") request dated May 9, 2026, that Plaintiff submitted to the NARA. Plaintiff brought this suit on July 24, 2026, and the Department answered the Complaint on October 2, 2026.

2. The FOIA request seeks six components of Presidential records from the Trump Library. ECF No. 1 ¶ 18.

3. NARA anticipates issuing a Presidential Records Act (PRA) notification in December 2026 for all subcomponents of the request other than the fifth (assigned tracking

[1] Plaintiff states that he has named acting Archivist Edward Forst as a defendant with respect to a portion of the complaint under which Plaintiff seeks equitable relief directing compliance with the Presidential Records Act. *See* ECF 1 ¶¶ 36–42. Forst has ceased to hold that office; pursuant to Fed. R. Civ. P. 25(d), Archivist Wilson has been automatically substituted as a party.

number 26-30082-F), which will fully respond to those subcomponents. The fifth component is presently in the complex processing queue, and NARA will provide a further update in the next status report.

4. The parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index. At present, NARA does not anticipate filing a motion pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) at this time.

5. Accordingly, the parties respectfully propose that they file their next joint status report on or before December 18, 2026, and every sixty days thereafter, to update the Court on the status of their engagement.

Dated: October 19, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Lin Weeks*
Lin Weeks
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
lweeks@rcfp.org
(202) 800-3533

*Counsel for Plaintiff*

By: */s/ Zachariah Weston Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612

*Attorneys for the United States of America*